IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 01- 3519-CIV-HUCK



THE HERITAGE CORPORATION OF
SOUTH FLORIDA, INC.,

      Plaintiffs,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

      Defendants,
_____/

## VERDICT FORM

We, the jury, unanimously agree on the following verdict:

**PLEASE ANSWER QUESTION 1 AND 2.**

**With respect to Heritage's claim for loss resulting from employee dishonesty or fraud:**

    1. Do you find that Heritage suffered a Loss resulting from dishonest or fraudulent acts committed by an Employee acting alone or in collusion with others and that such dishonest or fraudulent acts were committed by the Employee with the manifest intent to cause Heritage to sustain such Loss and to obtain financial benefit for the Employee or another person or entity regarding the checks that are contained in Tab 3 (Exhibit 20(c))?

      YES __✓__                     NO _____

    2. Do you find that Heritage suffered a Loss resulting from dishonest or fraudulent acts committed by an Employee acting alone or in collusion with others and that such dishonest or fraudulent acts were committed by the Employee with the manifest intent to cause Heritage to sustain such Loss and to obtain financial benefit for the Employee or another person or entity regarding the shortage claimed by Freddie Mac?

      YES _____                     NO __✓__



IF YOUR ANSWERS TO BOTH QUESTIONS 1 AND 2 ARE "NO," YOUR VERDICT IS FOR NATIONAL UNION AND YOU SHOULD NOT PROCEED FURTHER, EXCEPT DATE AND SIGN THIS VERDICT FORM AND RETURN IT TO THE COURTROOM. IF YOUR ANSWER TO QUESTION 1 OR 2 IS "YES," PLEASE ANSWER QUESTIONS 3, 4, AND 5.

3. Do you find that, before November 23, 1997, Heritage became aware of facts which would have caused a reasonable person to assume that a Loss of the type covered by the Bond had been or would be incurred, even though the exact amount or details of the Loss may not have then been known?

YES_____          NO ✓_____

4. Do you find that Heritage failed to give notice of loss to National Union at the earliest practicable moment, not to exceed thirty days after discovery of the loss?

YES_____          NO ✓_____

5. Do you find that Heritage failed to give truthful and complete answers on its Application for the Bond or that Heritage failed to notify National Union of any change in the answers before the issuance of the Bond?

YES_____          NO ✓_____

IF ANY ANSWER TO QUESTIONS 3, 4 OR 5 IS "YES," YOUR VERDICT IS FOR NATIONAL UNION AND YOU SHOULD NOT PROCEED FURTHER EXCEPT TO DATE AND SIGN THIS VERDICT FORM AND RETURN IT TO THE COURTROOM. IF ALL ANSWERS TO QUESTIONS 3, 4 AND 5 ARE "NO," PLEASE CONSIDER QUESTIONS 6 AND 7.

ANSWER QUESTION 6 ONLY IF YOUR ANSWER TO QUESTION 1 IS "YES."

6. What is the amount of Loss suffered by Heritage that resulted from dishonest or fraudulent acts committed by an Employee acting alone or in collusion with others that were committed by an Employee with the manifest intent to cause Heritage to sustain such Loss and to obtain financial benefit for the Employee or another person or entity regarding the checks that are contained in Tab 3 (Exhibit 20(c))?

$ 80,310.00

CASE NO. 01-3519 (HUCK/TURNOFF)

**ANSWER QUESTION 7 ONLY IF YOUR ANSWER TO QUESTION 2 IS "YES."**

7. What is the amount of Loss suffered by Heritage that resulted from dishonest or fraudulent acts committed by an Employee acting alone or in collusion with others that were committed by an Employee with the manifest intent to cause Heritage to sustain such Loss and to obtain financial benefit for the Employee or another person or entity regarding the shortage claimed by Freddie Mac?

$ _____

SO SAY WE ALL this __12th__ day of September, 2002.

_____
**FOREPERSON**