IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 01-3519 (HUCK/TURNOFF)

THE HERITAGE CORPORATION OF SOUTH FLORIDA, INC. AND HERITAGE CORPORATION OF SOUTH FLORIDA EMPLOYEE PENSION PLAN,

    Plaintiffs/Counter-Defendants,

vs.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,

    Defendants/Counter-Plaintiffs,

vs.

FEDERAL HOME LOAN MORTGAGE CORPORATION,

    Intervenor Plaintiff.

_____/

## NOTICE OF FILING DECLARATION OF JEFFREY MICHAEL COHEN IN SUPPORT OF NATIONAL UNION'S MOTION FOR PROCEEDINGS SUPPLEMENTARY

Defendant, National Union Insurance Company of Pittsburgh, Pa., hereby gives notice of the filing of the Declaration of Jeffrey Michael Cohen to be used in consideration of the Motion for Proceedings Supplementary.

13381932.1

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami - Florida 33131-9101 - (305) 530-0050

CASE NO.: 013519 (HUCK/TURNOFF)

Respectfully submitted.

BY: _____s/Jeffrey Michael Cohen_____
STEVEN J. BRODIE, FL Bar No. 333069
sbrodie@carltonfields.com
JEFFREY MICHAEL COHEN, FL Bar No. 091495
jmcohen@carltonfields.com
CARLTON FIELDS, P.A.
100 S.E. Second Street
4000 International Place
Miami, FL 33133
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____s/Jeffrey Michael Cohen_____
JEFFREY MICHAEL COHEN

13381932.1

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 01-003519 CIV-HUCK/TURNOFF

THE HERITAGE CORPORATION OF SOUTH
FLORIDA, and HERITAGE CORPORATION
OF SOUTH FLORIDA EMPLOYEE PENSION
PLAN,

   Plaintiffs/Counter-Defendants,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,

   Defendants/Counter-Plaintiffs,

vs.

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

   Intervenor Plaintiff.
_____/

**DECLARATION OF JEFFREY MICHAEL COHEN
IN SUPPORT OF NATIONAL UNION'S
<u>MOTION FOR PROCEEDINGS SUPPLEMENTARY</u>**

I, Jeffrey Michael Cohen, hereby declare as follows:

1. My name is Jeffrey Michael Cohen. I am an attorney licensed to practice law in the State of Florida. I represent NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, in this civil action and in the related civil action known as <u>The Heritage Corporation of South Florida, et al. v. National Union, et al.</u>, Case No.: 06-22180 CIV HUCK in

13381890.1

the United States District Court for the Southern District of Florida. This Affidavit is made upon personal knowledge.

2. On November 2, 2005, in this civil action, National Union obtained a Final Judgment Awarding Attorneys' Fees And Costs against Plaintiff, THE HERITAGE CORPORATION OF SOUTH FORIDA, INC. ("Heritage"), for $352,415.56 (the "Judgment"). On December 2, 2005, the Judgment was recorded in the Public records of Miami-Dade, County, Florida. A copy of the Judgment is attached as Exhibit "A" to this Affidavit.

3. On or about May 14, 2008, the Clerk of this Court issued a Writ of Execution on the Judgment. A copy of the Writ is attached as Exhibit "B" to this Affidavit.

4. The Writ of Execution remains unsatisfied in the total amount of the Judgment.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and executed on June 5, 2008.

_____
JEFFREY MICHAEL COHEN

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO.: 01-003519 (HUCK/TURNOFF)

THE HERITAGE CORPORATION OF
SOUTH FLORIDA, INC. AND
HERITAGE CORPORATION OF SOUTH
FLORIDA EMPLOYEE PENSION PLAN,

    Plaintiffs/Counter-Defendants,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA AND
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY,

    Defendants/Counter-Plaintiffs,

v.

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

    Intervenor Plaintiff.

_____/

## FINAL JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS

THIS CAUSE came before the Court upon the Motion for Final Judgment Awarding Attorneys' Fees and Costs filed by the Defendant, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"). (D.E. _____). The Court previously entered orders dated September 23, 2003 (D.E. 238), January 26, 2004 (D.E. 245), and March 4, 2005 (D.E. 258), which entitle National Union to a final judgment awarding attorneys' fees and costs against Plaintiff, The Heritage Corporation of South Florida, Inc. ("Heritage"). The





CASE NO.: 01-003519 (HUCK/TURNOFF)

amount of those fees was determined by this Court's Order on October 6, 2005 (D.E. 289). Upon consideration, it is

ORDERED:

1. National Union's Motion for Final Judgment Awarding Attorneys' Fees and Costs is GRANTED.

2. National Union shall recover its attorneys' fees and costs in the sum of $352,415.56 from Heritage, for which let execution issue.

3. Paragraph 9 of the Final Judgment dated October 29, 2002 (D.E. 212) is superseded by this Final Judgment.

4. This Final Judgment shall bear interest at the rate allowed by law from the date hereof. See 28 U.S.C. Sec 1961

DONE AND ORDERED in Miami, Miami-Dade County, Florida this 2 day of November, 2005.

UNITED STATES
DISTRICT COURT JUDGE

Copies furnished to:
Jeffrey Michael Cohen and Steven J. Brodie, CARLTON FIELDS, P.A., Attorneys for National
   Union, 100 S.E. Second Street, 4000 International Place, Miami, FL 33133

Barry S. Bendetowies, Attorney for Freddie Mac, 10100 West Sample Road, Suite 317, Coral
   Springs, FL 33065

William G. Ballaine and Eileen de Callies, Attorney for Freddie Mac, 120 Broadway, 27th Floor
   New York, NY 10271

Lance Wolfe, Attorney for Freddie Mac, 8200 Jones Branch Drive, McLean, VA 22101

Guy B. Bailey, Jr. and Owei Z. Belleh, Bailey & Dawes, L.C., Attorneys for Heritage,
   Continental Plaza, Suite 100, 3250 Mary Street, Coconut Grove, Florida 33131-5232

2

BOOK 24008 PAGE 1394
LAST PAGE

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 11|8|05

# EXHIBIT B

5617782.2

DC 11 (REV. 11/2002)

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| | CASE NUMBER: 01-003519(HUCK/TURNOFF) |

**TO THE MARSHAL OF:**

SOUTHERN DISTRICT OF FLORIDA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

THE HERITAGE CORPORATION OF SOUTH FLORIDA, INC.

FILED by ___ D.C.
MAY 1 4 2008
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

YOU CAUSE TO BE MADE AND LEVIED AS WELL A CERTAIN DEBT OF:

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

**DOLLAR AMOUNT**

$352,415.56

IN THE UNITED STATES DISTRICT COURT FOR THE  SOUTHERN  DISTRICT OF  FLORIDA  ,
BEFORE THE JUDGE OF THE SAID COURT BY THE CONSIDERATION OF THE SAME JUDGE LATELY RECOVERED AGAINST THE SAID,

THE HERITAGE CORPORATION OF SOUTH FLORIDA, INC.

AND ALSO THE COSTS THAT MAY ACCRUE UNDER THIS WRIT.
AND THAT YOU HAVE ABOVE LISTED MONEYS AT THE PLACE AND DATE LISTED BELOW; AND THAT YOU BRING THIS WRIT WITH YOU.

| PLACE | DISTRICT SOUTHERN |
|---|---|
| CITY | DATE |

WITNESS THE HONORABLE  PAUL C. HUCK
(UNITED STATES JUDGE)

| DATE | CLERK OF COURT  Steven M. Larimore |
|---|---|
| MAY 1 4 2008 | (BY) DEPUTY CLERK  [signature] |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

THIS WRIT WAS RECEIVED AND EXECUTED.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

EXHIBIT "B"

5639465.1