UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 01-003519-CIV-HUCK/O'SULLIVAN

THE HERITAGE CORPORATION OF SOUTH
FLORIDA AND HERITAGE CORPORATION
OF SOUTH FLORIDA EMPLOYEE PENSION PLAN,
    Plaintiffs/Counter-Defendants,
v.
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. and
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,
    Defendants/Counter-Plaintiffs,
v.
FEDERAL HOME LOAN MORTGAGE
CORPORATION,
    Intervenor Plaintiff,
_____/

## ORDER

THIS MATTER comes before the Court on defendant/counter-plaintiff National Union's Motion for Proceedings Supplementary (DE# 293 6/05/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

(S.D. Fla. L.R. 7.1(c)). (Emphasis supplied). Having received no response from the plaintiffs/counter-defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiffs/counter-defendants shall file a response to National Union's Motion for Proceedings Supplementary (DE# 293 6/05/08) on or before **Wednesday, July 9, 2008**. The failure to file a response may result in an Order granting the motion in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida this **25th** day of June, 2008.

                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record