IN THE UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  01-003519 CIV HUCK

THE HERITAGE CORPORATION OF SOUTH
FLORIDA and HERITAGE CORPORATION
OF SOUTH FLORIDA EMPLOYEE PENSION
PLAN,

       Plaintiffs/Counter-Defendants,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. and
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,

       Defendants/Counter-Plaintiffs,

v.

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

       Intervenor Plaintiff,

_____/

# NATIONAL UNION'S REPLY TO HERITAGE'S RESPONSE TO MOTION FOR PROCEEDINGS SUPPLEMENTARY

       Defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), respectfully submits this Reply to the Response To National Union's Effort To Thwart Heritage's Ability To Appeal And To Deprive The Court Of Jurisdiction By Seeking To "Levy" Upon Its Adversary's Right To Sue Creditor (D.E. 303) (the "Response") filed by Plaintiff, The Heritage Corporation of South Florida ("Heritage").

## INTRODUCTION

On November 2, 2005, this Court entered a Final Judgment Awarding Fees and Costs [D.E. 291] (the "Judgment") for $352,416.56 in favor of National Union and against Heritage. A Writ of Execution was issued [D.E. 292] but the Judgment remains unsatisfied [Declaration of Jeffrey Michael Cohen, D.E. 294].

National Union moved for Proceedings Supplementary pursuant to the mandate of § 56.29 Florida Statutes which provides that the court "…may order <u>any property of the judgment debtor</u>, not exempt from execution, in the hands of any person or due to the judgment debtor to be applied toward satisfaction of the judgment debt.[1]

Heritage's only known asset is a chose in action, i.e., a lawsuit styled <u>The Heritage Corporation of South Florida v. National Union Fire Insurance Company of Pittsburgh, PA and American International Group</u>, US District Court Case No. 06-22180 CIV HUCK (the "Lawsuit"), also pending in this  Court, wherein Heritage seeks damages allegedly caused by National Union's "bad faith."  It is well established that "a <u>judgment debtor's choses in action may be reached by supplementary proceedings."</u>  <u>Craft v. Craft</u>, 757 So. 2d 751 (4th DCA 2000).

## HERITAGE'S RESPONSE

Heritage's Response is long on invective but light on law.  References to legal authority are conspicuously absent.  The Response ignores the merits of the Motion and fails to offer a single citation or substantive argument that would justify denying National Union's well recognized statutory rights.

---

[1] All emphasis in this Reply is supplied unless otherwise noted.

2

The Response notes that this Court granted National Union's Motion for Summary Judgment and entered a Final Judgment against Heritage in the Lawsuit.  (See Lawsuit D.E. 112 and D.E. 111), and implies that Heritage will appeal.  However, the Court's disposition of the Lawsuit does <u>not</u> render "…the effort to levy <u>moot</u>."[2]   It merely reduces the value of the chose in action.  Heritage's "rights to have its appeal vindicated"[3] have value, albeit less value than if the Final Judgment had not been entered.  National Union is entitled to proceedings supplementary so that Heritage's chose in action may "be applied toward satisfaction of the judgment debt" pursuant to § 56.29 Florida Statutes.

## **<u>CONCLUSION</u>**

Heritage has failed to present any substantive or procedural authority that would justify denying National Union's Motion for Proceedings Supplementary pursuant to § 56.29 Florida Statutes.

Respectfully submitted,


BY:     s/Jeffrey Michael Cohen
        STEVEN J. BRODIE, FL Bar No.  333069
        sbrodie@carltonfields.com
        JEFFREY MICHAEL COHEN, FL Bar No. 091495
        jmcohen@carltonfields.com
        CARLTON FIELDS, P.A.
        100 S.E. Second Street
        4000 International Place
        Miami, FL 33133
        Telephone:  (305) 530-0050
        Facsimile:  (305) 530-0055
        *Attorneys for Defendants*

---

[2] (Response, page 2; emphasis in the original).
[3] Response, page 2.

C a r l t o n   F i e l d s, P. A .
4000 International Place - 100 Southeast Second Street - Miami - Florida  33131-2114 - 305.530.0050

Case No. 01-003519 CIV HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


_____ s/Jeffrey Michael Cohen
JEFFREY MICHAEL COHEN

C a r l t o n   F i e l d s, P. A .
4000 International Place - 100 Southeast Second Street - Miami - Florida  33131-2114 - 305.530.0050
13691711.3